## Erny's Estate

Before Van Dusen, P. J., Stearne, Sinkler, Klein, Bolger, and Ladner, JJ.

454

*I. Smith Raspin,* for accountant, exceptant.

*James F. McMullan* and *John Franklin Shields,* for Commonwealth, exceptant.

*John P. Berry,* assistant city solicitor, and *Joseph Sharfsin,* city solicitor, contra.

LADNER, J., October 27, 1939.—We are of opinion that the learned auditing judge has correctly held that the City of Philadelphia's claim was not barred by the statute of limitations and we can add nothing to his clear and convincing adjudication.

The exceptions are dismissed and the adjudication is now confirmed absolutely.